JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKETTA CATHEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL BANK, N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 5:25-cv-02323-MCS-SP<br><br>**JUDGMENT** |

Pursuant to this Court's Order of Dismissal for Improper Venue,

IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 6, 2025

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1